CO-386-online
10/03

# United States District Court
# For the District of Columbia

WILLIE LEE HOWARD )
)
)
)
)
            Plaintiff )   Civil Action No._____
vs )
)
COUNTRYWIDE HOME LOANS, INC. )
et al. )
)
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __WASHINGTON MUTUAL BANK__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __WASHINGTON MUTUAL BANK__ which have any outstanding securities in the hands of the public:

WASHINGTON MUTUAL, INC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Michael N. Russo Jr/jap_ (signature)
Signature

424712
BAR IDENTIFICATION NO.

MICHAEL N. RUSSO, JR.
Print Name

125 WEST ST., 4TH FLOOR
Address

ANNAPOLIS, MD       21401
City            State        Zip Code

301-261-2247
Phone Number