IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE LEE HOWARD, | |
| Plaintiff, | Civil Action No. 08-cv-510 (RJL) |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., et al., | |
| Defendants. | |

ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendant Mortgage Discounters, Inc., in the above-captioned action.

Dated: March 27, 2008.

Respectfully submitted,

_/s/ Daniel M. Press_____
Daniel M. Press  #419739
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendant
Mortgage Discounters, Inc.