IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE LEE HOWARD,

      Plaintiff,

CASE NO.: 1:08-cv-00510-RJL

v.

COUNTRYWIDE HOME LOANS, INC.,
*et al.*,

      Defendant.

## WMC MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for WMC Mortgage Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of WMC Mortgage Corporation, which have any outstanding securities in the hands of the public:

**General Electric Corporation**

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 28, 2008                    Attorney of Record:

                                            /s/ David L. Permut
David L. Permut
D.C. Bar No. 463729
Sabrina Rose-Smith
D.C. Bar No. 494578
Goodwin|Procter LLP
901 New York Avenue, NW
Washington, DC 20001
202.346.4182 (t)
202.346.4444 (f)

*Counsel for WMC Mortgage Corporation*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **CORPORATE DISCLOSURE STATEMENT** was served via the Court's electronic filing and notification system, where possible, and otherwise by first class mail, postage prepaid, on March 28, 2008, on the following:

| | |
|---|---|
| Michael N. Russo, Jr., Esq.<br>Michael S. Steadman, Esq.<br>**Council, Baradel, Kosmerl & Nolan, P.A.**<br>125 West Street, 4th Floor<br>P.O. Box 2289<br>Annapolis, MD  21404-2289 | Jonathan Zucker<br>514 10th Street, N.W.<br>Washington, DC  20004 |
| Equitable Mortgage Group, Inc.<br>7305 Baltimore Avenue<br>Suite 207<br>College Park, Maryland  20740 | William Mason<br>7305 Baltimore Avenue<br>Suite 207<br>College Park, Maryland  20740 |
| Mortgage Discounters, Inc. d/b/a<br>Premier Funding Group<br>7535 Little River Turnpike<br>Annandale, VA 22203 | Mark B. Bierbower, Esq.<br>**Hunton & Williams, LLP**<br>1900 K street, N.W.<br>Washington, DC 20006 |
| IndyMac Bank, F.S.B.<br>888 East Walnut Street<br>Pasadena, CA 19901 | |

                                                               /s/  Sabrina Rose-Smith
                                                            Sabrina Rose-Smith

LIBW/1673469.1