IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE LEE HOWARD           :

    Plaintiff                :   Case No. 08-0510 RJL

v.                          :

COUNTRYWIDE HOME            :
LOANS, INC., et al.
                            :
    Defendants

...oooOooo...

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### OF EQUITABLE MORTGAGE GROUP, INC.

Defendant, Equitable Mortgage Group, Inc., by undersigned counsel, pursuant to Fed. R. Civ. P. 7.1, states as follows:

1. Equitable Mortgage Group, Inc. has no parent companies, subsidiaries or affiliates with any outstanding securities in the hands of the public.

2. These representations are made in order that the judges of this Court may determine the need for recusal.

                        Respectfully submitted:

Dated: April 1, 2008      */s/ Harry Levy*
                                    Harry Levy, #389060
                                    Shumaker Williams, P.C.
                                    40 West Chesapeake Avenue, Suite 605
                                    Towson, Maryland 21204
                                    Phone: 410-825-5223
                                    Facsimile: 410-825-5426
                                    Email: Levy@shumakerwilliams.com
                                    Attorney for Defendants, Equitable
                                    Mortgage Group, Inc. and William Mason

## CERTIFICATE OF SERVICE

     I, Harry Levy, Esquire, of the law firm of Shumaker Williams, P.C., hereby certify that I electronically filed this Corporate Disclosure Statement with the Clerk of the District Court for the District of Columbia via the CM/ECF system, thereby serving:

Jonathan S. Zucker, Esquire
514 10th Street, NW, 9th Floor
Washington, DC 20004
Attorney for Plaintiff

Mark B. Bierbower, Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC 20006
Attorney for Defendant, Countrywide Home Loans, Inc.

Michael N. Russo, Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21404-2289
Attorney for Defendant, Washington Mutual Bank

Daniel M. Press, Esquire
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Attorney for Defendant, Mortgage Discounters, Inc.

David L. Permut, Esquire
Sabrina Rose-Smith
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, DC 20001
Attorneys for Defendant, WMC Mortgage Corporation

     I further certify a copy of the Answer to Complaint was sent via first class mail, postage prepaid, to the following:

IndyMac Bank, F.S.B.
888 East Walnut Street
Pasadena, California 19901


Dated: April 1, 2008                           */s/ Harry Levy*
                                                        Harry Levy

:209614