IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * *
                                          *
WILLIE LEE HOWARD,                        *
                                          *    Civil Action No.
        Plaintiff,                        *    08-cv-510 (RJL)
v.                                        *
                                          *
COUNTRYWIDE HOME LOANS, INC., et al.,     *
                                          *
        Defendants.                       *
                                          *
* * * * * * * * * * * * * * * * * * * * *
```

ANSWER OF DEFENDANT MORTGAGE DISCOUNTERS, INC.

NOW COMES Defendant Mortgage Discounters, Inc., through counsel, and for its Answer to the Complaint herein states, in response to each of the numbered paragraphs, as follows:

1. Denied.

2. Denied.

3. Denied.

4. Defendant admits that Plaintiff purports to assert such claims; otherwise denied.

5. Paragraph 5 calls for a legal conclusion to which no response is required.

6. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

7. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

8. The first sentence is admitted. The second sentence is denied.

9. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

10. Defendant lacks knowledge or information sufficient to form a belief a to the truth of

this allegation, and therefore denies the same and demands strict proof thereof.

11. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

12. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

13. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

14. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

15. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

16. Denied.

17. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

18. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

19. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

20. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

21. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

22.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

23.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

24.     Denied.

25.     Denied.

[Unnumbered "Summary of Loan Terms June, 2006 – November 2006"]: Denied.

26.     Denied.

27.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

28.     Denied.

29.     Denied.

30.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

31.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

32.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

33.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

34.     Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

35. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

36. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

37. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

38. Denied.

39. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

40. Denied.

41. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

42. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

43. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

44. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

45. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

46. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

47. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

48. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

49. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

50. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

51. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

52. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

53. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

54. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

55. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

56. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

57. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

58-65.   Defendant states that Count I is not asserted against it, and therefore that no response is required.  To the extent a response is required, as to paragraph 58, Defendant incorporates its responses to Paragraphs 1-57; states that paragraphs 59-61 are legal conclusions to which no response is required, but to the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof; as to paragraph 62 and 63 Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof; and denies the allegations of paragraphs 64-65.

66.     Defendant incorporates its responses to paragraphs 1-65.

67.     Denied.

68.     Denied.

69.     Denied.

70-90.  Defendant states that Counts IV - VIII (there is no Count III) are not asserted against it, and therefore that no response is required.   To the extent a response is required, as to paragraphs 70, 80, 82, 85, and 88, Defendant incorporates its responses to all prior paragraphs; and as to the other paragraphs states that Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

Defendant further denies each and every allegation not expressly admitted, and denies that Plaintiff is entitled to the relief requested, or to any relief.

SEPARATE AND AFFIRMATIVE DEFENSES

1.      The Complaint fails to state a claim on which relief may be granted.

      2        The CPPA is preempted by federal law.

      3.       Plaintiff's claims are barred by waiver and/or estoppel.

      4.       Plaintiff's claims are barred by unclean hands and/or the doctrine of in pari delicto.

      5.       Plaintiff's claims are barred by laches or the statute of limitations.

      6.       Plaintiff's claim is barred in whole or in part by failure to mitigate damages.

      7.       Plaintiff's claims are barred by consent.

      8.       Plaintiff's claims are barred by lack of standing.

      9.       Plaintiff's claims are barred by accord and satisfaction.

      10.      Plaintiff's claims are barred by assumption of the risk.

      11.      Plaintiff's claims are barred by contributory negligence.

      12.      Plaintiff's claims are barred by fraud.

      13.      Plaintiff's claim for punitive damages violates the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution because: a) the standards and procedures for determining and reviewing such awards under applicable law do not ensure a eaningful individualized assessment of appropriate deterrence and retribution; b) the D.C. Consumer Protection Procedures Act ("CPPA") and applicable case law impose no realistic standards or limits on the amount of damages that may be awarded and do not require, as they must, that the amount of punitive damages relate to the amount of actual damages that may be awarded; and c) the vague standards employed in such cases result in disparate results among similar defendants accused of similar conduct.

14. Plaintiff cannot recover punitive damages because such an award in this case would violate the due process clause of the Fourteenth Amendment of the United States Constitution as set forth in *State Farm Mutual Automobile Insurance Co. v. Campbell*, 123 S. Ct. 1513 (2003).

15. Plaintiff has failed to join necessary parties.

16. This Defendant adopts by reference any applicable defense not set forth above pleaded by any of the other defendants in this case.

17. Defendant reserves the right to assert any other defense which may become apparent during the course of this action.

Dated: April 1, 2008.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press  #419739
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendant
Mortgage Discounters, Inc.