IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
WILLIE LEE HOWARD,                      *
                                        *   Civil Action No.
        Plaintiff,                      *   08-cv-510 (RJL)
v.                                      *
                                        *
COUNTRYWIDE HOME LOANS, INC., et al.,   *
                                        *
        Defendants.                     *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

ANSWER OF DEFENDANT MORTGAGE DISCOUNTERS, INC. TO CROSS-CLAIM OF WASHINGTON MUTUAL

NOW COMES Defendant Mortgage Discounters, Inc., through counsel, and for its Answer to the Cross-Claim of Defendant Washington Mutual (WaMu) herein states, in response to each of the numbered paragraphs, as follows:

1. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

2. Defendant states that the Complaint speaks for itself as to what Plaintiff alleges, and admits that it so states to the extent consistent therewith, otherwise denied.

3. Defendant states that the Complaint speaks for itself as to what Plaintiff alleges, and admits that it so states to the extent consistent therewith, otherwise denied.

4. Defendant states that the Complaint speaks for itself as to what Plaintiff alleges, and admits that it so states to the extent consistent therewith, otherwise denied.

5. Defendant lacks knowledge or information sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

6. Denied as to this Defendant; otherwise, Defendant lacks knowledge or information

sufficient to form a belief a to the truth of this allegation, and therefore denies the same and demands strict proof thereof.

    7.    This Defendant incorporates its Answer to the Complaint, and otherwise states that this paragraph is incapable of a response; to the extent a further response is required, it is denied.

    8.    Denied.

Defendant further denies each and every allegation not expressly admitted, and denies that Plaintiff is entitled to the relief requested, or to any relief.

SEPARATE AND AFFIRMATIVE DEFENSES

1. The Cross-Claim fails to state a claim on which relief may be granted.
2. The defenses asserted in the Answer are incorporated herein.
3. WaMu's claims are barred by waiver and/or estoppel.
4. WaMu's claims are barred by unclean hands and/or the doctrine of in pari delicto.
5. WaMu's claims are barred by laches or the statute of limitations.
6. MaMu's claim is barred in whole or in part by failure to mitigate damages.
7. WaMu's claims are barred by consent.
8. WaMu's claims are barred by lack of standing.
9. WaMu's claims are barred by accord and satisfaction.
10. WaMu's claims are barred by assumption of the risk.
11. WaMu's claims are barred by contributory negligence.
12. WaMu's claims are barred by fraud.
13. WaMu failed to join a necessary party.
14. WaMu's claims are barred by release, or otherwise in as a result of the transaction

in which it acquired the loan from Ampro.

15. This Defendant adopts by reference any applicable defense not set forth above pleaded by any of the other cross-defendants in this case.

16. Defendant reserves the right to assert any other defense which may become apparent during the course of this action.

Dated: April 1, 2008.

Respectfully submitted,

 /s/ Daniel M. Press  
Daniel M. Press  #419739  
CHUNG & PRESS, P.C.  
6718 Whittier Ave., Suite 200  
McLean, VA 22101  
(703) 734-3800  
(703) 734-0590 fax  
dpress@chung-press.com  
Counsel for Defendant  
Mortgage Discounters, Inc.