CO-386-online
10/03

# United States District Court
# For the District of Columbia

WILLIE LEE HOWARD )
                                   )
                                   )
                                   )
           Plaintiff   )     Civil Action No.___08-CV-510 (RJL)___
vs                 )
COUNTRYWIDE HOME LOANS    )
                                   )
           Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Mortgage Discounters, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Mortgage Discounters, Inc.__ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
_____
Signature

__419739_____
BAR IDENTIFICATION NO.

Daniel M. Press
_____
Print Name

6718 Whittier Ave. #200
_____
Address

McLean, VA 22101
_____
City        State        Zip Code

703-734-3800
_____
Phone Number