IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE LEE HOWARD          :

    Plaintiff                :     Case No. 08-0510 RJL

v.                         :

COUNTRYWIDE HOME           :
LOANS, INC., et al.
                              :

    Defendants

...oooOooo...

## ANSWER OF EQUITABLE MORTGAGE GROUP, INC. AND WILLIAM MASON TO CROSS-CLAIM OF WASHINGTON MUTUAL BANK

Defendants and Cross-Defendants, Equitable Mortgage Group, Inc. and William Mason (hereinafter "Cross-Defendants"), by and through undersigned counsel, answer the Cross-Claim filed by Defendant and Cross-Plaintiff, Washington Mutual Bank ("WAMU" or "Cross-Plaintiff") and state:

I.

The Cross-Claim fails to state a claim upon which relief can be granted.

II.

Cross-Defendants, Equitable Mortgage Group, Inc. and William Mason, generally deny any liability for the claims set forth in the Cross-Claim.

III.

As to the individually numbered paragraphs of the Cross-Claim:

1. Cross-Defendants admit the allegations in paragraph 1.

2. Cross-Defendants deny the allegations in paragraph 2.

3. Cross-Defendants deny the allegations in paragraph 3.

4. Cross-Defendants admit that the Plaintiff made the referenced allegations in his Complaint. Cross-Defendants are without sufficient information to admit or deny the substance of the allegation.

5. Cross-Defendants are without sufficient information to admit or deny the allegations in paragraph 5 and therefore deny same.

6. Cross-Defendants deny the allegations in paragraph 6 to the extent they relate to Cross-Defendants. Cross-Defendants are without sufficient information to admit or deny the remaining allegations in paragraph 6 and therefore deny same.

7. Cross-Defendants incorporate its Answer to Complaint by reference as if fully set forth herein. To the extent further response is required, the allegations of paragraph 7 are denied.

8. Cross-Defendants deny the allegations on paragraph 8.

WHEREFORE, Cross-Defendants, Equitable Mortgage Group, Inc. and William Mason, hereby demand judgment in their favor against Cross-Plaintiff and for any other additional relief as this Court deems appropriate.

IV.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Cross-Plaintiff has not stated a claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The relief sought by Cross-Plaintiff is unavailable under applicable court rules.

### THIRD AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims are barred by the doctrines of estoppel and/or waiver.

## FOURTH AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims for monetary damages lack supporting fact and should be dismissed.

## FIFTH AFFIRMATIVE DEFENSE

Cross-Plaintiff has not stated a claim for which relief can be granted against the Cross-Defendants because any damages that have allegedly been suffered by Cross-Plaintiff were not caused by any of the alleged actions of Cross-Defendants.

## SIXTH AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims are barred by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims are barred by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims are barred by the doctrine of accord and satisfaction.

## NINTH AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims are barred by the doctrine of release.

## TENTH AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims are barred because Cross-Plaintiff failed to mitigate its damages.

## ELEVENTH AFFIRMATIVE DEFENSE

Cross-Plaintiff has failed to join necessary parties to this action.

## TWELFTH AFFIRMATIVE DEFENSE

Cross-Plaintiff's claims are preempted, in whole or in part, by federal law.

## THIRTEENTH AFFIRMATIVE DEFENSE

Cross-Defendants hereby give notice that they intend to rely on such other affirmative defenses as may become available or apparent during the course of discovery and thus reserve the right to amend their Answer to assert such defenses.

WHEREFORE, Defendants and Cross-Defendants, Equitable Mortgage Group, Inc. and William Mason, respectfully request that this Honorable Court enter judgment in their favor and against Cross-Plaintiff on all counts, and grant Cross-Defendants such other and further relief as may be just and proper.

Respectfully submitted:

Dated: April 3, 2008

/s/ Harry Levy
Harry Levy, #389060
Shumaker Williams, P.C.
40 West Chesapeake Avenue, Suite 605
Towson, Maryland 21204
Phone: 410-825-5223
Facsimile: 410-825-5426
Email: Levy@shumakerwilliams.com
Attorney for Defendants and Cross-Defendants, Equitable Mortgage Group, Inc. and William Mason

## CERTIFICATE OF SERVICE

I, Harry Levy, Esquire, of the law firm of Shumaker Williams, P.C., hereby certify that I electronically filed the foregoing Answer to Cross-Claim with the Clerk of the District Court for the District of Columbia via the CM/ECF system, thereby serving:

Jonathan S. Zucker, Esquire
514 10th Street, NW, 9th Floor
Washington, DC 20004
Attorney for Plaintiff

Mark B. Bierbower, Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC 20006
Attorney for Defendant, Countrywide Home Loans, Inc.

Michael N. Russo, Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21404-2289
Attorney for Defendant, Washington Mutual Bank

Daniel M. Press, Esquire
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Attorney for Defendant, Mortgage Discounters, Inc.

David L. Permut, Esquire
Sabrina Rose-Smith
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, DC 20001
Attorneys for Defendant, WMC Mortgage Corporation

I further certify a copy of the Answer to Cross-Claim was sent via first class mail, postage prepaid, to the following:

IndyMac Bank, F.S.B.
888 East Walnut Street
Pasadena, California 19901

Dated: April 3, 2008                     /s/ Harry Levy
                                         Harry Levy
:209729