IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE LEE HOWARD,** | * |
| | * |
| **Plaintiff,** | |
| | * |
| v. | Case No.: 1:08-cv-510-RJL |
| | * |
| **COUNTRYWIDE HOME LOANS, INC.,** *et al.*, | * |
| | |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for IndyMac Bank, F.S.B. ("IndyMac") certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of IndyMac which have any outstanding securities in the hands of the public:

None

This representation is made in order that judges of this court may determine the need for recusal.

Dated: April 9, 2008

Respectfully submitted,

_____/s/_____
John B. Isbister (D.C. Bar No. 277418)
jisbister@tydingslaw.com
Tydings & Rosenberg LLP
100 East Pratt Street, 26th floor
Baltimore, MD 21202
(410) 752-9700

*Attorneys for Defendant and Cross-Plaintiff IndyMac Bank, F.S.B.*

#830185v.1