A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WILLIE LEE HOWARD

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) | **APPEARANCE** |
| vs. | ) | CASE NUMBER    1:08-cv-510-RJL |
| COUNTRYWIDE HOME LOANS, INC., et al. | ) ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of    Patricia Daus                    as counsel in this

(Attorney's Name)

case for:    Plaintiff Willie Lee Howard

(Name of party or parties)

5/1/08

Date

#412174

BAR IDENTIFICATION

Signature

Patricia Daus

Print Name

514 10th Street, N.W., 9th Floor

Address

Washington, DC  20004

City          State          Zip Code

(202) 624-0784

Phone Number