IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE LEE HOWARD | : | |
| Plaintiff | : | Case No. 08-0510 RJL |
| v. | : | |
| COUNTRYWIDE HOME LOANS, INC., et al. | : | |
| | : | |
| Defendants | | |

...oooOooo…

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Michael E. Rowan of Shumaker Williams, P.C. as co-counsel for Defendants, Equitable Mortgage Group, Inc. and William Mason, in the above-captioned matter.

|  |  |
|---|---|
| | SHUMAKER WILLIAMS, P.C. |
| Dated: May 6, 2008 | /s/ *Michael E. Rowan* |
| | Harry Levy, #389060 |
| | Michael E. Rowan, #490936 |
| | 40 West Chesapeake Avenue |
| | Suite 605 |
| | Towson, Maryland 21204 |
| | Telephone:  410-825-5223 |
| | Facsimile:  410-825-5426 |
| | levy@shumakerwilliams.com |
| | rowan@shumakerwilliams.com |
| | |
| | Attorneys for Defendants, Equitable Mortgage Group, Inc. and William Mason |

## CERTIFICATE OF SERVICE

  I, Michael E. Rowan, Esquire, of the law firm of Shumaker Williams, P.C., hereby certify that I electronically filed this Notice of Entry of Appearance with the Clerk of the District Court for the District of Columbia via the CM/ECF system, thereby serving:

Jonathan S. Zucker, Esquire
514 10th Street, NW, 9th Floor
Washington, DC 20004
Attorney for Plaintiff

Melissa Briggs, Esquire
Center for Responsible Lending
910 17th Street, NW
Washington, D.C. 20006
Attorney for Plaintiff

Jean Constantine-Davis, Esquire
AARP Foundation Litigation
601 E Street, NW
Washington, DC 20049
Attorney for Plaintiff

Al Wilson, Esquire
The Wilson Firm, LLC
700 12th Street, Suite 700
Washington, DC 20005
Attorney for Plaintiff

Mark B. Bierbower, Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC 20006
Attorney for Defendant, Countrywide Home Loans, Inc.

Michael N. Russo, Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21404-2289
Attorney for Defendant, Washington Mutual Bank

Daniel M. Press, Esquire
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Attorney for Defendant, Mortgage Discounters, Inc.

David L. Permut, Esquire
Sabrina Rose-Smith, Esquire
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, DC 20001
Attorneys for Defendant, WMC Mortgage Corporation

John B. Isbister, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Attorney for IndyMac Bank, F.S.B.


Dated: May 6, 2008                    */s/ Michael E. Rowan*_____
                                      Michael E. Rowan


:210778