IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Willie Lee Howard,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 08cv00510 (RJL) |
| | ) |
| **Countrywide Home Loans, Inc.,** *et al.*, | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## COUNTRYWIDE HOME LOANS, INC.'S
## RULE 26(a)(1) INITIAL DISCLOSURES

Defendant Countrywide Home Loans, Inc. ("Countrywide"), by its undersigned attorneys, in accordance with the timing agreed to in the Rule 26(f) Conference and set out in the Joint Meet and Confer Statement, responds to the disclosure requirements of Fed. R. Civ. P. 26(a)(1) as follows:

### DISCLOSURES

1.    Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), each party is required to disclose the names and, if known, the addresses and telephone numbers for each person who is likely to have discoverable information relevant to the disputed facts that the disclosing party may use to support its claims or defenses.

Countrywide expressly reserves the right to supplement this Disclosure to the extent necessary, and to identify individuals, documents, and other such information in formal discovery and/or in its list of trial witnesses. Without waiving this right, Countrywide hereby identifies the following individuals:

- Anari Belpre, former Countrywide loan interviewer, address and telephone number unknown
- Christine Fitzpatrick, former assistant manager for Vienna office, address and telephone number unknown
- Tiffany Perry, Settlement Agent, Settlement Solutions, 7611 Coppermine Drive, Manassas, Virginia, (703) 365-8408

2. Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), each party is required either to provide a copy of, or to describe, by category and location, all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses.

Plaintiffs reserve the right to supplement this initial disclosure to identify additional categories of documents, electronically stored information, and tangible things as discovery progresses. Without waiving this right, Countrywide states that, with respect to documents that are reasonably available at this time, it hereby identifies the following documents that are in the possession, custody, or control of Countrywide:

- Documents and information relating to Plaintiff's application for loan 152341586
- Contract documents and information relating to loan 152341586
- Documents and information relating to the payment history for loan 152341586
- Countrywide internal servicing notes for loan 152341586
- Countrywide loss mitigation notes for loan 152341586
- Contract documents and information relating to loan 7100571

- Documents and information relating to Plaintiff's application for loan 7100571.

3. Pursuant to Fed. R. Civ. P. 26(a)(1)(iii), each party must provide a computation of each category of damages claimed by the disclosing party.

Countrywide states that it is not claiming any damages.

4. Pursuant to Fed. R. Civ. P. 26(a)(1)(iv), each party must provide, for inspection and copying, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Countrywide states that it has no insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

Countrywide Home Loans, Inc.

By:_____/s/_____
           Counsel

Mark B. Bierbower, Esq. (DC Bar # 320861)
Dianne M. Keppler (DC Bar #468580)
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006
(202) 955-1500
Fax: (202) 778-2201
*Counsel for Defendant Countrywide Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically served the foregoing COUNTRYWIDE HOME LOANS, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES using the CM/ECF system, which will send a notification of such filing to the following:

Jean Constantine-Davis
Nina F. Simon
AARP Foundation Litigation
601 E Street, NW
Washington, DC 20049
(202) 434-2058
*Counsel for Plaintiff*

Al Wilson
The Wilson Firm
700 12th Street, NW, Suite 700
Washington, DC 20005
(202) 558-5170
*Counsel for Plaintiff*

Harry Levy
Shumaker Williams, P.C.
40 West Chesapeake Ave., Suite 605
Towson, MD 21204
*Counsel for Equitable Mortgage Group, Inc. & William Mason*

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Mortgage Discounters, Inc.*

Michael N. Russo, Jr.
Michael S. Steadman
Council, Baradel, Kosmerl & Nolan, P.A.
125 West St., 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289
*Counsel for Washington Mutual Bank, F.S.B.*

Melissa Briggs
Eric Halperin
Center for Responsible Lending
910 17th Street, NW
Washington, DC 20006
(202) 349-1850
*Counsel for Plaintiff*

Jonathan Zucker
Patricia Daus
514 10th Street, NW
Washington, DC 20004
(202) 624-0784
*Counsel for Plaintiff*

David L. Permut
Sabrina Rose-Smith
Goodwin Proctor LLP
901 New York Ave., NW
Washington, DC 20001
*Counsel for WMC Mortgage Corporation*

John Bucher Isbister
Tydings & Rosenberg, LLP
100 E. Pratt St.
Baltimore, MD 21202-1062
*Counsel for IndyMac Bank*

/s/
Dianne M. Keppler

4