IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE LEE HOWARD

    Plaintiff

    v.

No. 08-0510 (RJL)

COUNTRYWIDE HOME LOANS
INC., et al.,

    Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WASHINGTON MUTUAL BANK RULE 26 (a) (1) DISCLOSURES

Defendant Washington Mutual Bank ("WAMU") by and through their attorneys, Michael N. Russo, Jr., Michael S. Steadman, Jr, and Council, Baradel, Kosmerl & Nolan, pursuant to this Court's Scheduling Order and Rule 26(a)(1) provides the following disclosures:

1. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:**

    A.    Jeannette Kelley, Vice President, Bankers Title and Settlement Corporation, 6404 Ivy Lane, #710, Greenbelt, MD 20770, (301) 614-3943, fax (301) 614-9533.

B.   Jack Sonceau, Post-Closing agent, Bankers Title and Settlement Corporation, 6404 Ivy Lane, #710, Greenbelt, MD 20770, (301) 614-3943, fax (301) 614-9533.

C.   ShoShauna McCoy, Bankers Title and Settlement Corporation, 6404 Ivy Lane, #710, Greenbelt, MD 20770, (301) 614-3943, fax (301) 614-9533.

D.   Marisa Summers, Notary Public, Bankers Title and Settlement Corporation, 6404 Ivy Lane, #710, Greenbelt, MD 20770, (301) 614-3943, fax (301) 614-9533.

E.   Sakura Siwabessy, United Financial Mortgage Corp./AMPRO, 2133 West Peoria Avenue, Suite 130, Phoenix, AX 85029. (877) 676-6776.

F.   Janet Betts, United Financial Mortgage Corp./AMPRO, 2133 West Peoria Avenue, Suite 130, Phoenix, AX 85029.

G.   Christina Motyka, United Financial Mortgage Corp./AMPRO, 2133 West Peoria Avenue, Suite 130, Phoenix, AX 85029.

H.   United Financial Mortgage, 815 Commerce Dr., Oak Brook, IL 60523.

I.   Dana Boer, United Financial Mortgage Corp./AMPRO, 2133 West Peoria Avenue, Suite 130, Phoenix, AX 85029. (602) 567-1567.

J.   Tami/Tamara Colon, Underwriter, United Financial Mortgage Corp./AMPRO, 5775 Peachtree Dunwoody Rd., Suite C-120, Atlanta, GA 30342. (800) 215-9666, fax (404) 303-0107.

K. Dionne Bass, Underwriter, United Financial Mortgage Corp./AMPRO, 5775 Peachtree Dunwoody Rd., Suite C-120, Atlanta, GA 30342. (800) 215-9666, fax (404) 303-0107.

L. Kurt Koett, Underwriter, United Financial Mortgage Corp./AMPRO, 5775 Peachtree Dunwoody Rd., Suite C-120, Atlanta, GA 30342. (800) 215-9666, fax (404) 303-0107.

M. Janelle Jones, Underwriter, United Financial Mortgage Corp./AMPRO, 5775 Peachtree Dunwoody Rd., Suite C-120, Atlanta, GA 30342. (800) 215-9666, fax (404) 303-0107.

N. Stephen Hude, United Financial Mortgage Corp./AMPRO, fax: (301) 773-0602.

O. Wanda Pleasant, AMPRO-Atlanta, 5775 Peachtree Dunwoody Rd., Suite C-120, Atlanta, GA 30342. (404) 303-0107, fax (404) 303-9666.

P. Cameron Tapley, AMPRO-Atlanta, 5775 Peachtree Dunwoody Rd., Suite C-120, Atlanta, GA 30342. (404) 303-0107, fax (404) 303-9666.

Q. Crystal Ault, AMPRO-Atlanta, 5775 Peachtree Dunwoody Rd., Suite C-120, Atlanta, GA 30342. (404) 303-0107, fax (404) 303-9666.

R. Seung Mo Kang, Mortgage Broker, Premier Funding Group, 7535 Little River Turnpike, #325, Annandale, VA 22003 (703) 914-0700, fax (703) 914-6876.

S. Sheri Jones, Sr. Loan Processor, Mortgage Discounters, d/b/a. Premier Funding Group, 7535 Little River Turnpike, #325, Annandale, VA 22003 (703) 914-0700, fax (703) 914-6876.

T.    Sharif Ahmed, Loan Officer, Premier Funding Group, 7535 Little River Turnpike, #325, Annandale, VA 22003, (703) 914-0700, fax (703) 914-6876.

U.    David Kwon, C.F.O., Mortgage Discounters, d/b/a. Premier Funding Group, 7535 Little River Turnpike, #325, Annandale, VA 22003 (703) 914-0700, fax (703) 914-6876.

V.    Bill Park, appraiser, BPS Appraisal Co., 7518 Evans Ford Rd., Clifton, VA 20124. (703) 750-1701.

W.    Crystal Dorsey, BPS Appraisal Co., 7518 Evans Ford Rd., Clifton, VA 20124. (703) 750-1701.

X.    Alliance BancCorp, 1000 Marina Blvd., Suite 100, Brisbane, CA 94005. (800) 582-1122.

Y.    Larry D. Holland, Trustee, 6404 Ivy Lane, Suite 712, Greenbelt, MD 20770.

Z.    Rudolph Alston, III, Agent, Allstate Insurance, 2901A 12th St. NE, Washington, D.C. 20017, (202) 635-0850.

AA.    Delia Miller, Staff Appraiser, LandSafe Appraisals, 7105 Corporate Drive, Plano, TX 75024, (800) 924-3633.

BB.    LandSafe Flood Determination, Inc., 7105 Corporate Drive, Plano, TX 75024, (877) 572-5673, fax (800) 922-9035.

CC.    Palma Collins, Agency Counsel, First American Title Insurance Company, 3859 Centerview Drive, Chantilly, VA 20151, (703) 480-9500, fax (703) 480-9477.

        DD.    LaSalle Bank, 75 North Fairway Drive, Vernon Hills, IL, 60061.

2.    **DOCUMENTS:** WAMU produces its settlement file as WAMU #1 - 321.

**DAMAGES:** WAMU requests a judgment in their favor and against William Mason, Premier, and Equitable Mortgage for indemnification for any judgment entered in favor of Plaintiff against WAMU, plus damages in the amount of Three Hundred Fifty Thousand Dollars ($350,000.00), plus attorney's fees, pre-judgment interest, post-judgment interest, costs and expenses.

3.    **INSURANCE AGREEMENT:** Any such documents will be produced but, are not, at this time available.

                              COUNCIL, BARADEL,
                              KOSMERL & NOLAN, P.A.

By:    /s/ Michael N. Russo, Jr.
          Michael N. Russo, Jr.
          Bar #: 07322
          Michael S. Steadman
          D.C. Bar # 502347
          125 West Street, 4th Floor
          Post Office Box 2289
          Annapolis, Maryland 21404-2289
          Annapolis: (410) 268-6600
          Baltimore: (410) 269-6190
          Washington: (301) 261-2247
          *Attorneys for Washington Mutual*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 9th day of May, 2008, a copy of the foregoing document was mailed, U.S. mail, postage prepaid to:

Albert Wilson
700 12th Street, NW
Suite 700
Washington, D.C. 20005

Jonathan Zucker
514 10th Street, NW, 9th Floor
Washington, D.C. 20004

Patricia Daus
514 10th Street, NW, 9th Floor
Washington, D.C. 20004

Jean Marie Constantine-Davis
601 E. Street, NW
Washington, D.C. 20049

Melissa Briggs
910 17th Street, NW
Suite 500
Washington, D.C. 20010

Harry Levy
Schumaker & Williams, P.C.
40 West Chesapeake Avenue, Suite 605
Towson, MD 21204

Michael Rowan
Schumaker & Williams, P.C.
40 West Chesapeake Avenue, Suite 605
Towson, MD 21204

Daniel Mark Press
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101

Mark B. Bierbower, Esq.
Hunton & Williams LLP
1900 K Street NW, Suite 1200
Washington DC 20006

John Bucher Ibister
Tydings & Rosenberg, LLP
100 East Pratt Street
Baltimore, MD 21202-1062

David Permut
Goodwin Procter, LLP
901 New York Avenue
Washington, D.C. 20001

/S/ *Michael N. Russo, Jr.*
Michael N. Russo, Jr.