IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Willie Lee Howard,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Countrywide Home Loans, Inc.,** *et al.,* )<br>)<br>)<br>**Defendants.** ) | Case No.: 08cv00510 (RJL) |

## **PRAECIPE**

The Clerk of the Court will please enter the appearance of Dianne M. Keppler of Hunton & Williams LLP for Defendant Countrywide Home Loans, Inc. Ms. Keppler's address is Hunton & Williams LLP, 1900 K Street, N.W., Washington, D.C. 20006. Her telephone number is (202) 955-1500. Ms. Keppler's D.C. Bar Number is 468580.

Respectfully submitted,

Countrywide Home Loan, Inc.

By: _____/s/_____
            Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500
(202) 778-2201 (fax)
*Counsel for Defendant Countrywide Home Loan, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2008, copies of the foregoing **Praecipe** were served via the Court's electronic notice system upon the following:

Jean Constantine-Davis
Nina F. Simon
AARP Foundation Litigation
601 E Street, NW
Washington, DC 20049
(202) 434-2058
*Counsel for Plaintiff*

Melissa Briggs
Eric Halperin
Center for Responsible Lending
910 17th Street, NW
Washington, DC 20006
(202) 349-1850
*Counsel for Plaintiff*

Al Wilson
The Wilson Firm
700 12th Street, NW, Suite 700
Washington, DC 20005
(202) 558-5170
*Counsel for Plaintiff*

Jonathan Zucker
Patricia Daus
514 10th Street, NW
Washington, DC 20004
(202) 624-0784
*Counsel for Plaintiff*

Harry Levy
Shumaker Williams, P.C.
40 West Chesapeake Ave., Suite 605
Towson, MD 21204
*Counsel for Equitable Mortgage Group, Inc. & William Mason*

David L. Permut
Sabrina Rose-Smith
Goodwin Proctor LLP
901 New York Ave., NW
Washington, DC 20001
*Counsel for WMC Mortgage Corporation*

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Mortgage Discounters, Inc.*

John Bucher Isbister
Tydings & Rosenberg, LLP
100 E. Pratt St.
Baltimore, MD 21202-1062
*Counsel for IndyMac Bank*

Michael N. Russo, Jr.
Michael S. Steadman
Council, Baradel, Kosmerl & Nolan, P.A.
125 West St., 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289
*Counsel for Washington Mutual Bank, F.S.B.*

          /s/
Dianne M. Keppler