IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIE LEE HOWARD,** | * | |
| | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No.:  1:08-cv-510-RJL |
| | * | |
| **COUNTRYWIDE HOME LOANS, INC.,** *et al.*, | | |
| | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR ADMISSION OF KRISTIN P. HERBER PRO HAC VICE

The undersigned counsel is a member in good standing of the bar of this Court and moves the admission of Kristin P. Herber, Esq. to appear pro hac vice in this case as counsel for Defendant IndyMac Bank, F.S.B.  Undersigned counsel shall remain counsel in this case. The declaration required under Local Civil Rule 83.2(d) and a Proposed Order are attached and incorporated herein.  Pursuant to Local Rule 7(m), the undersigned also states that counsel for the plaintiff and all other defendants have consented to this motion.

                                             Respectfully submitted,

                                             _____/s/_____
                                             John B. Isbister (D.C. Bar No. 277418)
                                             Tydings & Rosenberg LLP
                                             100 E. Pratt Street, 26th floor
                                             Baltimore, MD  21202
                                             (410) 752-9700

                                             *Attorneys for Defendant IndyMac Bank, F.S.B.*

#858970v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2008, a copy of Defendant IndyMac Bank, F.S.B.'s Motion for Admission of Kristin P. Herber Pro Hac Vice was sent via e-mail to the following:

| | |
|---|---|
| Jean Constantine-Davis<br>Nina F. Simon<br>AARP Foundation Litigation<br>601 E Street, NW<br>Washington, DC 20049<br>(202) 434-2058<br>jcdavis@aarp.org<br><br>*Counsel for Plaintiff* | Melissa Briggs<br>Eric Halperin<br>Center for Responsible Lending<br>910 17th Street, NW<br>Washington, DC 20006<br>(202) 349-1850<br>Melissa.briggs@responsiblelending.org<br><br>*Counsel for Plaintiff* |
| Al Wilson<br>The Wilson Firm<br>700 12th Street, NW, Suite 700<br>Washington, DC 20005<br>(202) 558-5170<br>awilson@thewilsonfirm.com<br><br>*Counsel for Plaintiff* | Jonathan Zucker<br>Patricia Daus<br>514 10th Street, NW<br>Washington, DC 20004<br>(202) 624-0784<br>pdaus2@covad.net<br><br>*Counsel for Plaintiff* |
| Michael N. Russo, Jr.<br>Council, Baradel, Kosmerl & Nolan, P.A.<br>125 West Street, Fourth Floor<br>P.O. Box 2289<br>Annapolis, Maryland<br>Russo@cbknlaw.com<br><br>*Counsel for Defendant Washington Mutual* | Mark B. Bierbower<br>Dianne M. Keppler<br>Hunton & Williams LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>dkeppler@hunton.com<br>mbierbower@hunton.com<br><br>*Counsel for Defendant Countrywide Home Loans, Inc.* |
| Harry Levy<br>Shumaker Williams, P.C.<br>40 West Chesapeake Ave<br>Suite 605<br>Towson, Maryland 21204<br>hlevy@shumakerwilliams.com<br><br>*Counsel for Defendants/Cross-Defendants Equitable Mortgage Group, Inc. and William Mason* | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave.<br>Suite 200<br>McLean, Virginia 22101<br>dpress@chung-press.com<br><br>*Counsel for Defendant Mortgage Discounters, Inc.* |

                                                                                    _____/s/_____
                                                                                     John B. Isbister

#858970v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIE LEE HOWARD,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Case No.: 1:08-cv-510-RJL |
| | * | |
| **COUNTRYWIDE HOME LOANS, INC.,** *et al.*, | * | |
| | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DECLARATION OF KRISTIN P. HERBER FOR ADMISSION *PRO HAC VICE*

In compliance with Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Kristin P. Herber, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Kristin Pickett Herber.

2. My office address and telephone number are as follows:

> Tydings & Rosenberg LLP
> 100 East Pratt Street
> Baltimore, MD  21202
> Phone: (410) 752-9700

3. I am a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| Maryland Court of Appeals | December 12, 2001 |
| D.C. Superior Court | December 8, 2003 |
| U.S. District Court for the District of Maryland | April 25, 2003 |

#861339v.1

   4th Circuit Court of Appeals      November 28, 2005

   4.  I have not been disciplined by any bar at any time.

   5.  During the past two years, I have not been admitted *pro hac vice* in this Court.

   6.  I do not engage in the practice of law from an office located in the District of Columbia.

Date: June 2, 2008

                _____/s/_____
                Kristin P. Herber
                Tydings & Rosenberg LLP
                100 East Pratt Street, 26th Floor
                Baltimore, Maryland  21202
                (410) 752-9700
                kherber@tydingslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE LEE HOWARD,** | * |
| | * |
| **Plaintiff,** | |
| | * |
| v. | Case No.: **1:08-cv-510-RJL** |
| | * |
| **COUNTRYWIDE HOME LOANS, INC.,** *et al.*, | |
| | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of Defendant IndyMac Bank, F.S.B.'s Motion for Admission of Kristin P. Herber Pro Hac Vice, it is this ____ day of _____ hereby

ORDERED that the Motion for Admission of Kristin P. Herber Pro Hac Vice is hereby GRANTED and it is further

ORDERED that Kristin P. Herber is admitted to appear pro hac vice in this case as counsel for Defendant IndyMac Bank, F.S.B.

_____
The Honorable Richard J. Leon
U.S. District Court Judge

#861340v.1