# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE LEE HOWARD | * |
| | *  No.: 01:08-CV-00510-RJL |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| COUNTRYWIDE | * |
| HOME LOANS, INC., et al | * |
| | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, please enter the appearance of Jeffrey A. Barmach as additional counsel for Defendant Washington Mutual Bank in the above-captioned case. This entry of appearance does not affect the status of Council, Baradel, Kosmerl & Nolan, P.A., and Michael N. Russo, Jr., as current counsel to Defendant Washington Mutual Bank.

Respectfully submitted,

COUNCIL, BARADEL,
KOSMERL & NOLAN, P.A.

*/s/ Michael N. Russo, Jr.*
Michael N. Russo, Jr. (D.C. Bar # 424712)
*/s/ Jeffrey A. Barmach*
Jeffrey A. Barmach (D.C. Bar #491957)
125 West Street, Fourth Floor
Annapolis, Maryland 21404
Annapolis: 410-268-6600
Washington D.C.: 301-261-2247

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was mailed electronically via the CM/ECF system and/or first class mail, this 16th day of June 2008 to:

Jonathan Zucker
Patricia Daus
Law Offices of Jonathan Zucker
514 10th Street, NW, 9th Fl.
Washington, D.C. 20004

Albert Wilson
700 12th Street NW, Suite 700
Washington DC 20005

Jean Marie Constantine-Davis
AARP Foundation Litigation
601 E Street NW
Washington, DC 20049

Melissa Briggs
Center for Responsible Lending
910 17th Street NW, Suite 500
Washington, DC 20010

Harry Levy
Michael E. Rowan
Shumaker Williams, P.C.
40 West Chesapeake Ave, Suite 605
Towson, MD 21204

Daniel Mark Press
Chung & Press, P.C.
6718 Whittier Ave, Suite 200
McLean, VA 22101

Mark B. Bierbower, Esq.
Dianne M. Keppler
Hunton & Williams LLP
1900 K Street NW, Suite 1200
Washington DC 20006

John Bucher Isbister
Kristin P. Herber
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Fl.

Baltimore, MD 21202

David L. Permut
Goodwin Procter LLP
901 New York Ave
Washington DC 20001

                                                  */s/ Jeffrey A. Barmach*
                                                  Jeffrey A. Barmach