IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIE LEE HOWARD,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.,
*et al.*,

    Defendant.

CASE NO.: 1:08-cv-00510-RJL

## STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST WMC MORTGAGE CORPORATION

Plaintiff Willie Lee Howard and Defendant WMC Mortgage Corporation, ("WMC") through their counsel, agree and stipulate as follows:

WHEREAS, on February 15, 2008 Plaintiff filed a Complaint in the Superior Court of the District of Columbia, Case No. 2008 CA 001169 R(RP), styled *Howard v. Countrywide Home Loans, Inc., et al.*, alleging, among other things, violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code § 28-3901 et seq. ("DCCPPA");

WHEREAS, Defendant Washington Mutual Bank, FSB removed this action to the United States District Court for the District of Columbia on March 25, 2008;

WHEREAS, on March 28, 2008, WMC filed an Answer to Plaintiffs' Complaint, denying all liability;

WHEREAS, in order to avoid the cost and uncertainty of further litigation and trial, WMC and Howard reached a settlement of Howard's claims against WMC, in which neither

LIBW/1678431.2

party admits any liability, but both parties agreed to adjust and settle their rights and obligations in connection with this action and Howard's loan with WMC;

WHEREAS, Defendants IndyMac Bank, F.S.B., Washington Mutual Bank, F.S.B., Equitable Mortgage Group, Inc., William Mason, and Mortgage Discounters, Inc. consent to WMC's dismissal with prejudice, each without waiving any counter- or cross-claims against WMC or Howard;

WHEREAS Defendant Countrywide Home Loans, Inc. does not oppose WMC's dismissal with prejudice, and takes no further position on this stipulation of dismissal.

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate and agree that:

1. Plaintiff Howard voluntarily dismisses all claims against Defendant WMC Mortgage Corporation, with prejudice.

2. This stipulation of dismissal shall not constitute or imply any admission or concession by any party regarding the basis for the allegations in the Complaint or the merits of any claim or defense raised in this action.

IT IS SO STIPULATED.

DATE:   July 1, 2008.

By:

/s/Jean Constantine- Davis
Jean Constantine-Davis #250084
jcdavis@aarp.org
Nina F. Simon #256396
nsimon@aarp.org
**AARP Foundation Litigation**
601 E Street, NW
Washington, D.C. 20049
(202) 434-2058 or 2059

/s/ Al Wilson
Al Wilson #486596
awilson@thewilsonfinn.com
**The Wilson Firm, LLC**
700 12th Street, NW, Ste. 700
Washington, DC 20005
(202) 558-5170

/s/ Melissa Briggs
Melissa Briggs #480862
Melissa.briggs@responsiblelending.org
Eric Halperin #491199
Eric.halperin@responsiblelending.org
**Center for Responsible Lending**
910 17th Street, NW
Washington, DC 20006
(202) 349-1850

/s/ Jonathan Zucker
Jonathan Zucker # 384629
jonathanzucker@aol.com
Patricia Daus #412174
pdaus2@covad.net
514 10th Street NW, 9th Floor
Washington, D.C. 20004
(202) 624-0784

*Attorneys for Plaintiff Willie Lee Howard*

LIBW/1678431.2

/s/ David L. Permut
David L. Permut #463729
dpermut@goodwinprocter.com
Sabrina Rose-Smith #494578
srosesmith@goodwinprocter.com
**Goodwin|Procter LLP**
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4182

*Attorneys for Defendant WMC Mortgage Corporation*


/s/ Daniel M. Press
Daniel M. Press #419739
dpress@chung-press.com
**Chung & Press, P.C.**
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800

*Attorney for Defendant Mortgage Discounters, Inc.*


/s/ Harry Levy
Harry Levy, #389060
Levy@shumakerwilliams.com
Michael E. Rowan, #490936
Rowan@shumakerwilliams.com
**Shumaker Williams, P.C.**
40 West Chesapeake Avenue, Suite 605
Towson, Maryland 21204
(410) 825-5223

*Attorneys for Defendants, Equitable Mortgage Group, Inc. and William Mason*


/s/ Dianne M. Keppler
Mark B. Bierbower #320861
Dianne M. Keppler #468580
**Hunton & Williams, LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500

*Attorneys for Defendant Countrywide Home Loans, Inc.*


/s/ John B. Isbister
John B. Isbister #277418)
jisbister@tydingslaw.com
**Tydings & Rosenberg LLP**
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
(410) 752-9700

*Attorneys for Defendant IndyMac Bank, F.S.B.*


/s/ Michael N. Russo
Michael N. Russo, Jr. #424712
Michael S. Steadman, #502347
**Council, Baradel, Kosmerl & Nolan, P.A.**
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289
(410) 268-6600

*Attorneys for Defendants and Cross Plaintiff Washington Mutual Bank, F.S.B.*

4