**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Willie Lee Howard,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.:  08cv00510 (RJL) |
| | ) |
| **Countrywide Home Loans, Inc.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**COUNTRYWIDE HOME LOANS, INC.'S**
**AMENDED RULE 7.1 CERTIFICATION**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia advising the Court of a change in corporate affiliation:

I, the undersigned, counsel of record for Defendant Countrywide Home Loans, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Countrywide Home Loans, Inc. which have any outstanding securities in the hands of the public:

Defendant Countrywide Home Loans, Inc. is a subsidiary of Countrywide Financial Corporation.  Countrywide Financial Corporation is a wholly-owned subsidiary of Bank of America Corporation.  Bank of America Corporation's stock is publicly traded on the New York Stock Exchange.

1

      These representations are made in order that judges of this court may determine the need for recusal.

July 8, 2008                                  Respectfully submitted,

                                                COUNTRYWIDE HOME LOANS, INC.

                                                By: _____/s/_____
                                                                        Counsel

Mark B. Bierbower (D.C. Bar #320861)
Dianne M. Keppler (D.C. Bar #468580)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C.  20006-1109
(202) 955-1500
(202) 778-2201 (fax)

*Counsel for Defendant Countrywide Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 8, 2008, I electronically served the foregoing **COUNTRYWIDE HOME LOAN, INC.'S AMENDED RULE 7.1 CERTIFICATION** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Jean Constantine-Davis
Nina F. Simon
AARP Foundation Litigation
601 E Street, NW
Washington, DC 20049
(202) 434-2058
*Counsel for Plaintiff*

Melissa Briggs
Eric Halperin
Center for Responsible Lending
910 17th Street, NW
Washington, DC 20006
(202) 349-1850
*Counsel for Plaintiff*

Al Wilson
The Wilson Firm
700 12th Street, NW, Suite 700
Washington, DC 20005
(202) 558-5170
*Counsel for Plaintiff*

Jonathan Zucker
Patricia Daus
514 10th Street, NW
Washington, DC 20004
(202) 624-0784
*Counsel for Plaintiff*

Harry Levy
Shumaker Williams, P.C.
40 West Chesapeake Ave., Suite 605
Towson, MD 21204
*Counsel for Equitable Mortgage Group, Inc. & William Mason*

David L. Permut
Sabrina Rose-Smith
Goodwin Proctor LLP
901 New York Ave., NW
Washington, DC 20001
*Counsel for WMC Mortgage Corporation*

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Mortgage Discounters, Inc.*

John Bucher Isbister
Tydings & Rosenberg, LLP
100 E. Pratt St.
Baltimore, MD 21202-1062
*Counsel for IndyMac Bank*

Michael N. Russo, Jr.
Michael S. Steadman
Council, Baradel, Kosmerl & Nolan, P.A.
125 West St., 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289
*Counsel for Washington Mutual Bank, F.S.B.*

_____/s/_____
Dianne M. Keppler