A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
(Attorney's Name)

case for:_____
(Name of party or parties)

_____     \_\_/s/\_Daniel P. Mosteller_____
Date                                                                  Signature

                                                    _____
_____           Print Name
BAR IDENTIFICATION
                                                    _____
                                                    Address

                                                    _____
                                                    City            State        Zip Code

                                                    _____
                                                    Phone Number