CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
33 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
AUG 21 2008
SUPERIOR COURT

Melissa Basssi
Eric Holpones
Center for Responsible Lending
910 14 ST/ N.W.
Washington, D.C.

UNITED STATES POSTAGE
$ 00.59⁰
AUG 04 2008
MAILED FROM ZIP CODE 20001
PITNEY BOWES
02 1A
0004634648

Received
Mail Room
AUG 27 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia